| Information to identify the case: | | |
|---|---|---|
| Debtor | **Byberry, LLC**<br>_____<br>Name | EIN  **93–2306409** |
| United States Bankruptcy Court  **District of Vermont**<br><br>Case number:  **26–10109** | | Date case filed for chapter  **7   5/4/26** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Byberry, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 717 Maple Street<br>Stowe, VT 05672 | |
| **4. Debtor's attorney**<br>Name and address | Michael Bryan Fisher<br>Fisher Law Offices, PLLC<br>45 Lyme Road<br>Suite 205<br>Hanover, NH 03755 | Contact phone 603–643–1313<br>Email _____ |
| **5. Bankruptcy trustee**<br>Name and address | Raymond J Obuchowski, Chapter 7 Trustee<br>PO Box 60<br>Bethel, VT 05032–0060 | Contact phone (802) 234–6244<br>Email _____ |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U. S. Bankruptcy Court – Burlington<br>11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (844) 644–7459<br><br>Date: 5/4/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 3, 2026 at 11:10 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 723 329 3655, and Passcode 6802446189, OR call 1 (401) 237–7469**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**

United States Bankruptcy Court

District of Vermont

In re:

Byberry, LLC

    Debtor

Case No. 26-10109-hzc

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2026 | Form ID: 309C | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Byberry, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891131 | + | Andrew Kohn, 717 Maple Street, Stowe, VT 05672-4250 |
| 891132 | + | Coldwell Banker Carlson Real Estate, P.O. Box 300, Attn: McKee Macdonald, Stowe, VT 05672-0300 |
| 891133 | + | Corbyn & Topper Hospitality, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891137 | | Department of Environmental Conservation, c/o VT Attorney General, 109 State Street, Montpelier, VT 05609-1001 |
| 891138 | + | Donald Jones, 717 Maple Street, Stowe, VT 05672-4250 |
| 891140 | + | Internal Revenue Service, c/o United States Attorney, 11 Elmwood Avenue, 3rd Floor, P.O. Box 570, Burlington, VT 05402-0570 |
| 891141 | + | Jones & Kohn Hospitality, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891142 | + | Jones & Kohn, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891144 | + | Primmer Piper Eggleston & Cramer, P.C., 30 Main Street, Suite 500, P.O. Box 1489, Attn: Ryan M. Long, Esq., Burlington, VT 05402-1489 |
| 891145 | + | Reliable Capital Advance, LLC, 1178 Broadway, Floor 3, #2011, Attn: General Counsel, New York, NY 10001-5666 |
| 891146 | | State of Vermont, Department of Environmental Conservation, Drinking Water & Groundwater Protection, 1 National Life Drive, Davis 4, Montpelier, VT 05620-3521 |
| 891152 | + | Wilkie Puchi, LLP, 228 Park Avenue South, PMB 163250, Attn: Blake Wilkie, Esq., New York, NY 10003-0103 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: fisher@mbfisherlaw.com | May 04 2026 19:58:00 | Michael Bryan Fisher, Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755 |
| tr | | EDI: BRJOBUCHOWSKI.COM | May 04 2026 23:55:00 | Raymond J Obuchowski, Chapter 7 Trustee, PO Box 60, Bethel, VT 05032-0060 |
| ust | + | Email/Text: ustpregion02.vt.ecf@usdoj.gov | May 04 2026 19:58:00 | U S Trustee, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| 891135 | ^ | MEBN | May 04 2026 19:54:13 | CT Corporation System, as representative, 330 N Brand Boulevard, Suite 700, Attn: SPRS, Glendale, CA 91203-2308 |
| 891134 | + | Email/Text: Bankruptcynotice@cscglobal.com | May 04 2026 19:58:00 | Corporation Service Company, as representative, P.O. Box 2576, Springfield, IL 62708-2576 |
| 891136 | + | Email/Text: bk@dfogelpc.com | May 04 2026 19:58:00 | David Fogel, P.C., David Fogel, Esq., 1225 Franklin Avenue, Suite 201, Garden City, NY 11530-1890 |
| 891139 | | EDI: IRS.COM | May 04 2026 23:55:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 891143 | | Email/Text: Info@nbmvt.com | May 04 2026 19:58:00 | National Bank of MIddlebury, 30 Main Street, P.O. Box 189, Middlebury, VT 05753-0189 |
| 891148 | | EDI: VERMNTTAX | May 04 2026 23:55:00 | Vermont Department of Taxes, P.O. Box 588, Montpelier, VT 05601-0588 |
| 891149 | | EDI: VERMNTTAX | | |

District/off: 0210-2 | User: admin | Page 2 of 2
Date Rcvd: May 04, 2026 | Form ID: 309C | Total Noticed: 26

| | | May 04 2026 23:55:00 | Vermont Department of Taxes, 133 State Street, Montpelier, VT 05633-1401 |
| 891147 | EDI: VERMNTTAX | May 04 2026 23:55:00 | Vermont Department of Taxes, Bankruptcy Unit, 3rd Floor, 109 State Street, P.O. Box 429, Montpelier, VT 05601-0429 |
| 891150 | + Email/Text: ebankruptcynotice@veda.org | May 04 2026 19:58:00 | Vermont Economic Development Authority, 58 East State Street, Suite 5, Montpelier, VT 05602-3044 |
| 891151 | + Email/Text: ebankruptcynotice@veda.org | May 04 2026 19:58:00 | Vermont Small Business Development Corp., 58 East State Street, Suite 5, Montpelier, VT 05602-3044 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Michael Bryan Fisher
on behalf of Debtor Byberry  LLC fisher@mbfisherlaw.com, fisher.michaelb.r81669@notify.bestcase.com

Raymond J Obuchowski, Chapter 7 Trustee
ray@oeblaw.com  VT02@ecfcbis.com;marie@oeblaw.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

TOTAL: 3