# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
May 8, 2026

In re:

    Byberry, LLC
    Employer Tax−Identification No (EIN): 93−2306409
                     Debtor.

Case Number: 26−10109 hzc
Chapter: 7

### NOTICE TO FILE CLAIMS

A Petition for Relief under Chapter 7 of Title 11, United States Code, was filed by the above−named Debtor on May 4, 2026

NOTICE IS HEREBY GIVEN THAT:

1. On or before the deadlines listed below, all creditors of the above−named Debtor are required to file their claims pursuant to Rule 3002 in order to particpate in the distribution of funds available.

**Deadline to File a Proof of Claim**

**For All Creditors (except a governmental unit): July 17, 2026**

**For a Governmental Unit: November 4, 2026**

2. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office or at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx). Return completed form(s) to:

U.S. Bankruptcy Court
Attn: Claim Form
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Dated: May 8, 2026

For the Court

Jeffrey S. Eaton
Clerk of Court

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 133 − sah