**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

IN RE:                                          )
                                                )
BYBERRY, LLC                                    )          Case No.  26-10109-*hzc*
                                                )          *Chapter 7 Case*
                            Debtor.             )

**CERTIFICATE OF SERVICE**

I, Raymond J. Obuchowski, Esq., hereby certify that on Wednesday, May 27, 2026, true and

correct copies of the:

- **Trustee's application to employ Raymond J. Obuchowski, Esq. and Obuchowski Law Office as Attorney to Trustee [ECF #6]**
- **Declaration of Attorney [ECF #6-1]**
- **Proposed Order on Trustee's application to employ Raymond Obuchowski, Esq. and Obuchowski Law Office as Attorney to Trustee  [ECF #6-2]**

filed through the ECF system will be sent electronically to the registered participants as identified

on the Notice of Electronic Filing (NEF) generated in connection with the Application to Employ

[ECF #6] as follows:

Stephen Louis Cusick on behalf of Creditor Vermont Economic Development
Authority
scusick@zclpc.com, alonge@zclpc.com

Michael Bryan Fisher on behalf of Debtor Byberry, LLC
fisher@mbfisherlaw.com, fisher.michaelb.r81669@notify.bestcase.com

Ryan M. Long on behalf of Creditor National Bank of Middlebury
rlong@primmer.com

Raymond J Obuchowski, Chapter 7 Trustee
ray@oeblaw.com, VT02@ecfcbis.com;marie@oeblaw.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

DATED at Royalton, Vermont: Thursday, May 28, 2026.

By:    */s/Raymond J .Obuchowski*
        Raymond J. Obuchowski, Esq.
        Chapter 7 Trustee
        Obuchowski Law Office
        PO Box 60
        Bethel, Vermont   05031
        602-154-6244
        602-154-6245  *telefax*
        ray@oeblaw.com